SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANIEL N. YANNUZZI (Cal. Bar No. 196612)
    dyannuzzi@sheppardmullin.com
MICHAEL MURPHY (Cal. Bar No. 234695)
    mmurphy@sheppardmullin.com
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone:  (858) 720-8900
Facsimile:   (858) 509-3691

Attorney for Plaintiff
PERFORMANCE DESIGNED
PRODUCTS LLC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MAD CATZ, INC., a Delaware corporation, and<br><br>DOES 1–10, inclusive,<br><br>Defendants. | Case No. **'16CV0629 GPC RBB**<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

-1-

Plaintiff Performance Designed Products LLC ("PDP") complains and alleges as follows against Defendant Mad Catz, Inc. ("Mad Catz").

## THE PARTIES

1. Plaintiff PDP is a California limited liability company, having a principal place of business at 2300 West Empire Avenue, Suite 600, Burbank, California 91504.

2. On information and belief, Defendant Mad Catz, Inc. ("Mad Catz") is a Delaware corporation, having a principal place of business at 10680 Treena Street, Suite 500, San Diego, California 92131.

3. The true names, identities and capacities, whether individual, associate, corporate or otherwise, of Defendants DOES 1 to 10, inclusive, and each of them ("the DOE Defendants"), are unknown to PDP at this time, who therefore sues the DOE Defendants by such fictitious names. When the true names and capacities or participation of the DOE Defendants are ascertained, PDP will amend this complaint to assert the true names, identities and capacities. PDP is informed and believes and thereon alleges that each of the DOE Defendants sued herein is responsible for the wrongful acts alleged herein, and is therefore liable to PDP in some manner for the events and happenings alleged in this complaint. PDP is informed and believes and thereon alleges that at all times herein mentioned, the DOE Defendants were and are doing business and/or residing in this District.

## NATURE OF THE ACTION

4. This is a civil action against Defendants for infringement of United States Design Patent Numbers D624,078 ("the 'D078 Patent") arising under the patent laws of the United States, Title 35 of the United States Code.

## JURISDICTION AND VENUE

5. This Court has original subject matter jurisdiction of this action under 28 U.S.C. § 1331 (federal question), and 28 U.S.C. § 1338(a) and (b) (any Act of Congress relating to patents).

6. This Court has specific and general personal jurisdiction over Defendants pursuant to due process and/or the California Long Arm Statute because Defendants are California entities with their principal place of business in California and within this judicial district, have committed and continue to commit acts of infringement in violation of 35 U.S.C. §§ 271(a), (b), and (c), and place infringing products into the stream of commerce, with the knowledge or understanding that such products are sold in the State of California, including in this judicial district. On information and belief, Defendants derive substantial revenue from the sale of infringing products within this judicial district, expect their actions to have consequences within this judicial district, and derive substantial revenue from interstate and international commerce, including within this judicial district.

7. Venue is proper within this judicial district under 28 U.S.C. § 1391(b) because a substantial portion of the events giving rise to the claims for relief stated in this Complaint arose in this judicial district. Specifically, Defendants have sold or offered for sale infringing products in this district. Furthermore, Plaintiff PDP maintains a business office within this district and has suffered harm within this district.

## BACKGROUND FACTS

8. Plaintiff PDP is a Burbank-based company that designs and manufactures video game accessories. PDP has been supplying video game accessories to the market for over a decade and has additional offices and facilities in San Diego, California, China, Hong Kong, France and the United Kingdom. Customers use PDP's high quality products in many places throughout the world, including the United States, Canada, Mexico, Europe, and Asia. PDP is an innovator in the field of video game accessories and holds multiple patents, including the 'D078 Patent. Attached as **Exhibit A** is a copy of the 'D078 Patent.

9. On information and belief, Defendant Mad Catz is a worldwide provider of video game accessories. On information and belief, Mad Catz's

products are on sale and in use throughout the United States, including in the State of California and this district. Mad Catz offers for sale the "Fight Pad Pro Controller" in this district and throughout the United States[1].

10. On information and belief, Mad Catz has used, imported into, sold, or offered for sale in the United States its accused controllers, which infringe the 'D078 Patent. Mad Catz has not obtained permission from PDP to use, import, sell, or offer PDP's designs claimed in the 'D078 Patent. Mad Catz had many options in developing the accused controller. Nevertheless, Mad Catz chose to willingly infringe PDP's designs claimed in the 'D078 Patent by making, using, selling or offering for sale, and/or importing its Fight Pad Pro Controller product during the term of PDP's 'D078 Patent.

//

//

//

//

//

//

//

//

//

//

//

---

[1] Mad Catz's marketing materials inconsistently refer to the accused product as the Fight Pad Pro Controller and the FightStick TE2. For removal of doubt, PDP accuses te product shown in the picture attached to Paragraph 11 of infringement.

11. Mad Catz's Fight Pad Pro Controller has an overall appearance that is confusingly similar and substantially the same, in view of the prior art and in the eyes of an ordinary observer, as PDP's Fight Pad for Xbox One controller (and the designs claimed in the 'D078 Patent), as demonstrated by the side-by-side comparison below:

| **PDP Patented Design** | **Mad Catz Product** |
|---|---|
| FIG. 2 | |

# FIRST CAUSE OF ACTION
# Infringement of Design Patent 'D078

12. PDP incorporates and realleges Paragraphs 1 through 20 of this Complaint.

13. Under 35 U.S.C. § 271(a), Defendants have infringed and continue to infringe, literally or under the doctrine of equivalents, the 'D078 Patent by making, using, selling, and/or offering to sell in the United States, and/or importing into the United States the Fight Pad Pro Controller identified in this Complaint, which controller embodies the design covered by the 'D078 Patent.

14. On information and belief, Defendants have gained profits by virtue of their infringement of the 'D078 Patent.

15. On information and belief, PDP has sustained damages as a direct and proximate result of Defendants' infringement of the 'D078 Patent, and, as such, PDP is entitled to damages pursuant to 35 U.S.C. §§ 284 and/or 289.

16. Moreover, PDP is informed and believes that Defendants' infringement of the 'D078 Patent is and has been willful. On information and belief, Defendants have acted and continue to act with objective recklessness by proceeding despite an objectively high likelihood that their actions constitute infringement of PDP's valid patents, and Defendants are aware of PDP's patents, including the 'D078 Patent, and know of the high likelihood that they cover Defendants' products.

17. This is an exceptional case warranting an award of treble damages to PDP under 35 U.S.C. § 284, and an award of attorneys' fees under 35 U.S.C. § 285.

18. On information and belief, PDP will suffer and is suffering irreparable harm from Defendants' infringement of the 'D078 Patent. PDP has no adequate remedy at law and is, under 35 U.S.C. § 283, entitled to an injunction against Defendants' continuing infringement of the 'D078 Patent. Unless enjoined, Defendants will continue their infringing conduct.

## **PRAYER**

WHEREFORE, PDP prays:

(a) For a judgment that Defendants have infringed PDP's 'D078 Patent;

(b) For an order and judgment preliminarily and permanently enjoining Defendants and their officers, directors, agents, servants, employees, affiliates, attorneys, and all others acting in privity, active concert, or participation with any of them, and their parents, subsidiaries, divisions, successors and assigns,

who receive actual notice of the judgment by personal service or otherwise, from further acts of infringement of PDP's 'D078 Patent;

(c) That Defendants be directed to file with this court, within thirty (30) days after entry of any injunction in this case, a written statement, under oath, setting forth in detail the manner in which Defendants have complied with the injunction;

(d) For a judgment awarding PDP all damages, in an as yet undetermined amount, adequate to compensate for Defendants' infringement of PDP's 'D078 Patent, and in no event less than a reasonable royalty for Defendants' acts of infringement, including all pre-judgment and post-judgment interest at the maximum rate permitted by law;

(e) For a judgment awarding PDP all damages, including treble damages, based on any infringement found to be willful, pursuant to 35 U.S.C. § 284, together with prejudgment interest;

(f) For costs of suit and reasonable attorneys' fees; and

(g) For any other remedy to which PDP may be entitled under the law, and any other further relief as the Court may deem appropriate.

Respectfully submitted,

Dated: March 11, 2016

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Daniel N. Yannuzzi*
DANIEL N. YANNUZZI
MICHAEL MURPHY
Attorneys for Plaintiff
PERFORMANCE DESIGNED PRODUCTS LLC.

## **DEMAND FOR JURY TRIAL**

PDP requests a trial by jury on all issues so triable in this action.

Respectfully submitted,

Dated: March 11, 2016

                        SHEPPARD, MULLIN, RICHTER
                        & HAMPTON LLP

                        By     */s/ Daniel N. Yannuzzi*
                              DANIEL N. YANNUZZI
                              MICHAEL MURPHY
                              Attorneys for Plaintiff
                              PERFORMANCE DESIGNED
                                  PRODUCTS LLC.